## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | **CRIMINAL NO. 11-163** |
| CHARLES BURTON | : | |

---

| | | |
|---|---|---|
| CHARLES BURTON | : | |
| v. | : | **CIVIL NO. 14-3428** |
| UNITED STATES OF AMERICA | : | |

AND NOW, this 6ᵗʰ day of August, 2014, upon consideration of the Defendant's Motion to Vacate, Set Aside, or Correct His Sentence and the government's Response, it is hereby

### ORDERED

that the Defendant's Motion to Vacate, Set Aside, or Correct His Sentence is DENIED without a hearing. This Court finds that the defendant has failed to make a substantial showing of a denial of any constitutional right and accordingly that a certificate of appealability will be denied.

BY THE COURT:

_____
HONORABLE MICHAEL M. BAYLSON
*Judge, United States District Court*